HENRY FREUDMAN, Appellant, v. ANDREE FREUDMANN, Respondent, et al., Defendants.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

ALVIN GINDEL, Respondent, v. LONG ISLAND NATIONAL BANK, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.